IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID LOGAN,

        Plaintiff,                   No. CIV S-07-2704 LKK KJM P

    vs.

SUSAN HUBBARD,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On February 22, 2008, plaintiff was directed to submit an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

/////

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, a certified
3  copy of his prison trust account statement for the six month period immediately preceding the
4  filing of the complaint.  Plaintiff's failure to comply with this order will result in a
5  recommendation that this action be dismissed without prejudice.

6     2. The Clerk of the Court is directed to send plaintiff a new Application to
7  Proceed In Forma Pauperis By a Prisoner.

8  DATED:  April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

11  /mp
loga2704.3e