IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID LOGAN,

      Petitioner,                     No. CIV S-07-2704 LKK KJM P

   vs.

SUSAN HUBBARD,                  ORDER AND

      Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Plaintiff alleges that the state courts did not compute his presentence credits correctly under California Penal Code §§ 2933 and 4019. A claim of state sentencing error does not raise a federal constitutional question, which is a prerequisite for federal habeas review. See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991). Petitioner's claim that he was denied pre-

1

1 sentence credits in violation of the applicable provisions of the California Penal Code is not
2 cognizable in a federal habeas action.    <u>See</u>, <u>e.g.</u>, <u>Watts v. Bonneville</u>, 879 F.2d 685, 687
3 (9th Cir.1989) (alleged violation of section Pen.
4 Code § 654 is a state law claim not cognizable in a
5 federal habeas).
6 　　　　IT IS HEREBY ORDERED that petitioner's request to proceed in forma pauperis
7 is granted.
8 　　　　IT IS HEREBY RECOMMENDED that this petition for a writ of habeas corpus
9 be denied.
10 　　　　These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
12 days after being served with these findings and recommendations, plaintiff may file written
13 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
14 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
15 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
16 F.2d 1153 (9th Cir. 1991).
17 DATED:  May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

21 2
22 loga2407.56

2